# UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

In re   Elizabeth A LaRocco                    Case No.   18-10510

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A., as trustee for CMLTI Asset Trust | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Court Claim # (if known):   2-1
Amount of Claim:   $228,309.53
Date Claim Filed:   March 9, 2018

Phone:   800-495-7166
Last Four Digits of Acct #   9915

Phone:   562-735-6555
Last Four Digits of Acct #   3248

Name and Address where transferee payments should be sent (if different from above):
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Phone:   800-495-7166
Last Four Digits of Acct #:   9915

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   */s/Heather D. Bock*                    Date:   11/17/2020
       Transferee/Transferee's Attorney

Penalty for making a false statement:   Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 18-10510 |
| Elizabeth A LaRocco | Chapter: 13 |
| | Judge: Melvin S. Hoffman |

CERTIFICATE OF SERVICE

I, Heather D. Bock, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Elizabeth A LaRocco
57 Charles Street
East Weymouth, MA 02189

AMIP Management
3020 Old Ranch Parkway, Suite 180
Sea Beach, CA 90740

Richard D. Smeloff                    *(served via ECF Notification)*
Smeloff & Associates
500 Granite Avenue
Suites 7 & 8
Milton, MA 02186

John Fitzgerald                       *(served via ECF Notification)*
Office of the US Trustee
J.W. McCormack Post Office &
Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski                     *(served via ECF Notification)*
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   11/17/2020   By:   */s/Heather D. Bock*
                (date)                   Heather D. Bock
                                              Massachusetts BAR NO.
                                              Attorney for Transferee